1  Mark F. Anderson (SBN 44787)
   Anderson, Ogilvie & Brewer LLP
2  600 California Street, 18th Floor
   San Francisco, CA 94108
3  Ph: (415) 651-1951
   Fax: (415) 956-3233
4  mark@aoblawyers.com

5  Attorneys for Plaintiffs Casey Quist & David Quist

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 **CASEY QUIST & DAVID QUIST,**      )   Case No. CV 10 1118
                                       )
12         Plaintiffs,                 )
                                       )   **STIPULATION AND (proposed)**
13      v.                             )   **ORDER SUBSTITUTING FIA**
                                       )   **CARD SERVICES, N.A. FOR**
14 **BANK OF AMERICA, N.A. and TRANS** )   **DEFENDANT BANK OF**
   **UNION, LLC,**                     )   **AMERICA, N.A.**
                                       )
15         Defendants.                 )
                                       )

16

17

18     Whereas, counsel for the defendant Bank of America has advised plaintiffs that FIA Card

19 Services, N. A, is the proper defendant in this action;

20     Whereas, plaintiffs' account documents confirm that FIA Card Services, N. A., is the correct

21 defendant;

22     IT IS HEREBY STIPULATED by and between counsel that FIA Card Services, N. A.is

23 hereby substituted for all purposes in the place of defendant Bank of America, N.A.

24 Dated: June 29, 2010.
                                    /s/Mark F. Anderson
25                                   Mark F. Anderson
                                     Anderson, Ogilvie & Brewer LLP
26                                   600 California St, 18th Floor
                                     San Francisco, CA 94108
27                                   Phone: (415) 651-1951
                                     Fax: (415) 956-3233
28

Stip and Order Substituting FIA Card Services for def Bank of America in *Quist v Bank of America, No* C 10-01118 CRB

1

email: mark@aoblawyers.com
Attorney for Plaintiffs

Dated: June 29, 2010

/s/Jordan Yu
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.457.8000
Fax: 213.457.8080
Email: jsyu@reedsmith.com
Attorneys for Bank of America, N.A.
FIA Card Services, N.A.

**ORDER**

Based on the parties' stipulation, and for good cause shown, FIA Card Services, N. A., is hereby made a defendant in this action in the place and stead of Bank of America, N.A.

Dated:   June 30, 2010

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Stip and Order Substituting FIA Card Services for def Bank of America in *Quist v Bank of America, No* C 10-01118 CRB

2