1  Mark F. Anderson (SBN 44787)
   ANDERSON, OGILVIE & BREWER LLP
2  600 California Street, 18th Floor
   San Francisco, California 94108
3  Telephone: (415) 651-1951
   Fax: (415) 956-3233
4  Email: mark@aoblawyers.com

5  Attorneys for Plaintiffs Casey Quist and David Quist

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY QUIST and DAVID QUIST,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al,<br><br>    Defendants. | Case No. 3:10-cv-01118-CRB<br><br>(proposed) ORDER FOR DISMISSAL OF DEFENDANTS TRANS UNION, LLC and FIA CARD SERVICES, INC. |

Based on the parties' stipulation and for good cause shown, plaintiffs Casey Quist and David Quist's claims against defendants Trans Union, LLC and FIA Card Services, Inc. in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: September 28, 2010

IT IS SO ORDERED
Judge Charles R. Breyer

Order for Dismissal, *Quist v Bank of America*, No C:3:10-cv-01118-CRB

1